**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
　E-Mail: barber@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

STEFANIE K. VAUDREUIL, SB#210664
　E-Mail: vaudreuil@lbbslaw.com
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 545-9200
Facsimile: (714) 850-1030

Attorneys for Defendant Payless ShoeSource, Inc., a Missouri corporation (erroneously sued and served as Payless Shoe Source, Inc., a Kansas corporation)

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT SOUTHERN DIVISION

| | |
|---|---|
| MARIA VICTORIA GAMEZ, an individual,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PAYLESS SHOE SOURCE, INC., a Kansas Corporation, and DOES 1 through 25, Inclusive,<br><br>　　　Defendants. | CASE NO. SACV09-1260 AG (MLGx)<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>[Fed. R. Civ. Proc. 41(a)(1)]<br><br>The Hon. Andrew Guilford<br><br>ACTION FILED: September 28, 2009<br>TRIAL DATE: November 2, 2010 |

/ / /

/ / /

4833-7146-5990.1

-1-

**PROPOSED ORDER STIPULATION OF DISMISSAL**

## ORDER

**IT IS SO ORDERED:**

Pursuant to the Stipulation of the parties to *Maria Victoria Gamez v. Payless ShoeSource, Inc. (erroneously sued and served as Payless Shoe Source, Inc.)*, Case No. SACV09-1260 AG (MLGx) through their designated counsel, the matter hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATE: May 14, 2010

_____
Hon. Andrew Guilford,
Judge of the District Court

4833-7146-5990.1

**PROPOSED ORDER STIPULATION OF DISMISSAL**